PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2430
_____

STEFAN INGRAM,
                                                Appellant

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
WAYPOINT RESOURCE GROUP, LLC;
COMCAST CABLE COMMUNICATIONS, LLC

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No.:  2-18-cv-03776)
District Judge:  Honorable Mitchell S. Goldberg

_____

Argued March 22, 2023

Before RESTREPO, PHIPPS and ROTH, *Circuit Judges*

**ORDER AMENDING OPINION**

The opinion filed October 2, 2023, is hereby vacated.  The Clerk shall file the amended opinion, which includes clerical changes to remove internal citations.  As the amendment does not affect the judgment, the judgment remains as filed and the time for filing the petition for rehearing remains the same.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: October 6, 2023
Tmm/cc: All Counsel of Record